IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUCIA TARIN, JIVANNA PALACIOS,
OMAYRA BENAVIDEZ, RAY ROMERO,
CINDY LORANG, SILVIA CABRERA,
ALBERTO FLORES, RAY MALDONADO,
ISALA MALDONADO, and EDDIE SIMPSON,

    Plaintiffs,

v.                    CV 12-145 CG/LAM

RWI CONSTRUCTION, INC., DAVID
FREDERICK, LYNDAL TROUT, RICHARD
ALTMAN, LEE ROWE, RON TODD, JERRY
CAVITT, and MATTHEW LEHMAN,

    Defendants.

### ORDER DENYING MOTION TO WITHDRAW

**THIS MATTER** comes before the Court on attorney Michael Newell's *Amended Motion to Withdraw as Legal Counsel.* (Doc. 41). Mr. Newell seeks to withdraw as counsel for Defendant Ron Todd and informs the Court that attorney Richard Olson has been retained to represent Todd. However, the Court already granted Mr. Newell's original motion to withdraw and attorney Olson was added to the case more than a month ago. (*See,* Doc. 40).

**IT IS THEREFORE ORDERED** that attorney Michael Newell's *Amended Motion to Withdraw as Legal Counsel*, (Doc. 41), be **DENIED AS MOOT**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE