**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**LUCIA TARIN, JIVANNA PALACIOS,**
**OMAYRA BENAVIDEZ, RAY ROMERO,**
**CINDY LORANG, SILVIA CABRERA,**
**ALBERTO FLORES, RAY MALDONADO,**
**ISALA MALDONADO, and EDDIE SIMPSON,**

       **Plaintiffs,**

**v.**　　　　　　　　　　　　　　　　　　　**No. 12cv0145 CG/LAM**

**RWI CONSTRUCTION, INC., DAVID FREDERICK,**
**LYNDAL TROUT, RICHARD ALTMAN, LEE ROWE,**
**RON TODD, JERRY CAVITT, and MATTHEW LEHMAN,**

       **Defendants.**

## ORDER GRANTING UNOPPOSED MOTION FOR CONTINUANCE

**THIS MATTER** is before the Court on the parties' *Unopposed Motion For Continuance (Doc. 96)*, in which the parties ask the Court to continue the Rule 16 Scheduling Conference currently set for Tuesday, July 31, 2012. On July 8, 2012, the parties asked the Court to set a Rule 16 Scheduling Conference as soon as possible, which the Court did as soon as the presiding judge ruled on the parties' motion to sever or for separate trials. *See* [*Docs. 80* and *92*]. In their current motion, Plaintiffs state that they intend to file a motion to amend the complaint to add two additional defendants, and the parties agree that the Rule 16 Scheduling Conference should be postponed until a ruling is made on that motion in order to avoid duplication of discovery efforts. The motion is, therefore, well-taken, and the Court will vacate the Rule 16 Scheduling Conference and re-set it as soon as Plaintiffs' motion to amend the complaint is decided.

**IT IS THEREFORE ORDERED** that the parties' *Unopposed Motion For Continuance*

*(Doc. 96)* is **GRANTED** and the Rule 16 Scheduling Conference set for Tuesday, July 31, 2012 will

be vacated and reset when Plaintiffs' motion to amend the complaint is decided.

   **IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**