**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

LUCIA TARIN, JIVANNA PALACIOS,
OMAYRA BENAVIDEZ, RAY ROMERO,
CINDY LORANG, SILVIA CABRERA,
ALBERTO FLORES, RAY MALDONADO,
ISALA MALDONADO, and EDDIE SIMPSON,

       Plaintiffs,

v.                                                                  Case No. 2:12-CV-00145-CG-LAM

RWI CONSTRUCTION, INC., DAVID
FREDERICK, LYNDAL TROUT, RICHARD
ALTMAN, LEE ROWE, RON TODD, JERRY
CAVITT, and MATTHEW LEHMAN,

       Defendants.

## STIPULATED ORDER GRANTING PLAINTIFFS' MOTION TO CONSOLIDATE

On July 29th, 2012, Plaintiffs filed a Motion to Consolidate Two Related Cases [Doc. #102], requesting this Court to consolidate *Irma Catano v. RWI Construction, Inc., et al.,* 2:12-CV-592-CBW-LAM, and *Tony Vasquez v. RWI Construction, Inc., et al.*, 2:12-CV-SMV-GBW with the above captioned case. Defendants have stipulated to consolidating these cases for the purposes of pretrial discovery.

IT IS THEREFORE ORDERED that *Tony Vasquez v. RWI Construction, Inc., et al.,* 2:12-CV-SMV-GBW and *Irma Catano v. RWI Construction, Inc., et al.,* 2:12-CV-592-CBW-LAM are consolidated with this case for discovery purposes only.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE