IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LUCIA TARIN, JIVANNA PALACIOS,
OMAYRA BENAVIDEZ, RAY ROMERO,
CINDY LORANG, SILVIA CABRERA,
ALBERTO FLORES, RAY MALDONADO,
ISALA MALDONADO, and, EDDIE
SIMPSON,

        Plaintiffs,

v.

RWI CONSTRUCTION, INC., DAVID
FREDERICK, LYNDAL TROUT, RICHARD
ALTMAN, LEE ROWE, RON TODD, JERRY
CAVITT, and MATTHEW LEHMAN,

        Defendants.

CASE NO.: 2-12-CV-00145-CG-LAM

## ORDER GRANTING MOTION TO AMEND

On July 29th, 2012, Plaintiffs filed a Motion to File Third Amended Complaint (Doc. 103), modifying their claims, and adding defendants RWI Acquisition LLC and Sorenson Capital Partners L.P. Defendants have stipulated to Plaintiffs filing the Third Amended Complaint attached to Plaintiffs' Motion as Exhibit A.

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to File Third Amended Complaint, (Doc. 103), is **GRANTED**. The Clerk of the Court is directed to file the Third Amendment Complaint, (Doc. 103-1), including its exhibits (Docs. 103-2 through 103-7) as a separate entry on the case docket.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE