IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LUCIA TARIN, JIVANNA PALACIOS,
OMAYRA BENAVIDEZ, RAY ROMERO,
CINDY LORANG, SILVIA CABRERA,
ALBERTO FLORES, RAY MALDONADO,
ISALA MALDONADO, and EDDIE SIMPSON,

      Plaintiffs,

v.                                                No. 12cv0145 CG/LAM

RWI CONSTRUCTION, INC., et al.,

      Defendants.

## ORDER GRANTING RWI DEFENDANT'S MOTION TO EXCEED PAGE LIMITS FOR EXHIBITS [Doc. 105]

**THIS MATTER** is before the Court on *RWI Defendant's Motion for Leave to Exceed Page Limits for Exhibits, for Their Motion to Compel* [*Doc. 105*], filed July 30, 2012, in which RWI Defendants state that Plaintiffs oppose the motion. Plaintiffs have not filed a response to the motion, which constitutes consent to grant the motion. *See* D.N.M. LR-Civ. 7.1(b). Having considered the motion and the record of the case, the Court **FINDS** that *RWI Defendant's Motion for Leave to Exceed Page Limits for Exhibits, for Their Motion to Compel* [*Doc. 105*] is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *RWI Defendant's Motion for Leave to Exceed Page Limits for Exhibits, for Their Motion to Compel* [*Doc. 105*] is **GRANTED**.

IT IS SO ORDERED.

                                                                    _____
                                                                    **LOURDES A. MARTÍNEZ**
                                                                    **UNITED STATES MAGISTRATE JUDGE**